FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_Jonesboro_ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 9 1998

JAMES W. McCORMACK, CLERK
By: _Jean Twiman_
DEP.CLERK

_Mark ANThony Deece_

(Enter above full name of plaintiff, or
plaintiffs, in this action.)

This case assigned to District Judge **REASONER**
and to Magistrate Judge **YOUNG**

vs.

CASE NO.    J-C-98-267

① _Thomas Montgomery_        ④ _West Memphis city pd_
② _Crittenden Circuit Court_  ⑤ _Pat Ranney_
③ _Linsey Ferrehy_           ⑥ _Sgt. Sanders_

(Enter above full name of defendant, or
defendants, in this action.)

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action?

                    Yes _____    No __✓__

    B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline.)

        1.  Parties to this lawsuit

           Plaintiffs:_____

           _____

           Defendants:_____

           _____

        2.  Court (if federal court, name the district; if state court, name the county:

           _____

**2**

3.  Docket Number: _____

4.  Name of judge to whom case was assigned: _____

5.  Disposition (for example: was case dismissed?; was it appealed?; is it still pending?: _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

**II.**   Place of Present Confinement: *Crittenden Co. Jail*
          *67 Jackson Ave.*

**III.**  There is a prisoner grievance procedure in the Arkansas Department of Correction.  Failure to complete the grievance procedure may affect your case in federal court.

   **A.**   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
            Yes_____        No ___✓___

   **B.**   If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure.  **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN DISMISSAL OF YOUR COMPLAINT.**

   **C.**   If your answer is NO, explain why not: *No formal Greivance procedure Here.*

**IV.**   **Parties:**
          (In item A below, place your name in the first blank & place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

   **A.**   Name of plaintiff: *Mark ANThony Deese*
            Address: *67 Jackson Ave. Marion*

            Name of plaintiff: _____
            Address: _____

            Name of plaintiff: _____
            Address: _____

-2-

(In item B below, place full name of the defendant in the first blank, official position in the second blank, place of employment in the third blank, and address in the fourth blank; do the same for additional defendants, if any.)

B.    Name of Defendant: _Thomas Montgomery_

Position: _Public Defender_

Place of Employment: _Crittenden Co public Defenders office_

Address: _PO Box 1251 West Memphis AR._


Name of Defendant: _Crittenden Circuit Court_

Position: _87 Jackson Ave._

Place of Employment: _Court House_

Address: _87 Jackson Ave._


Name of Defendant: _Linsey ferrely_

Position: _Prosecutor_

Place of Employment: _Court House_

Address: _87 Jackson Ave._


Name of Defendant: _West Memphis City Police_

Position: _Police Department_

Place of Employment: _501 polk_

Address: _West Memphis_

B. Cont.

Pa▊▊Ranny
501 polk
City Court
West Memphis

Sqt. Sanders
West Memphiscity police
west memphis

**V.**     **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need; attach extra sheets if necessary.)

① About May 30 1998 I was arrested By The West Memphis city police on charges of NoLiabibity insurance No vehicle tags And Criminal Impersonation. And four Hot checks

② The arresting officer did not Inform me of

**VI.**     **Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

One Hundred thousand Dollars For each defendant punitive and One Hundred thousand Dollars per Defendant Compensentory Damages

I declare under penalty of perjury (18 U.S.C. Section 1621 that the foregoing is true and correct.

Executed on this _____ day of _____, 19____.

_____

(Signature(s) of Plaintiff(s))

-4-

CONTINUATION PAGE IF NEEDED:

My miranda rights, Booked me in and Lock me up.

③ I went to city court on or about June 2, 1996 and pleaded Not guilty on the charges to Dowell Raney

④ I started to Leave the court room when Sgt. Sanders stop me and adviced me to plead guilty. Me Ins. and i did exactly that.

⑤ I was never offered a public Defender and had to plead without a lawyer and it is the city Judge powell Raney and public Defenders Responsibility That i have a lawyer present

⑥ Since I was arrested on New charges I should Have Been taken before the Circuit Court for a preLimary Hearing And stood Before the Circuit Court Judge and (Linsey ferret) (Prosecutor)

— 5 —

**CONTINUATION PAGE IF NEEDED:**

① I am filling this under the state color code, ~~the~~ the Fith admendment and eigth admendment for Failure to due process

- 6 -